# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-33917-JPC |
| | § | |
| JORGE I PAREJA | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 05/08/2014, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/14/2014            By:  /s/ David P. Leibowitz
                                         Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § Case No. 12-33917-JPC
§
JORGE I PAREJA §
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $24,687.73
*and approved disbursements of* $254.58
*leaving a balance on hand of[1]:* $24,433.15

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $24,433.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $3,218.77 | $0.00 | $3,218.77 |
| David P. Leibowitz, Trustee Expenses | $2.36 | $0.00 | $2.36 |
| Lakelaw, Attorney for Trustee Fees | $3,162.50 | $0.00 | $3,162.50 |
| Lakelaw, Attorney for Trustee Expenses | $15.68 | $0.00 | $15.68 |
| Lois West, Accountant for Trustee Fees | $864.00 | $0.00 | $864.00 |

Total to be paid for chapter 7 administrative expenses: $7,263.31
Remaining balance: $17,169.84

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $17,169.84 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $17,169.84 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $33,510.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for Comenity Bank Value City Furniture | $1,200.66 | $0.00 | $615.18 |
| 2 | Burbank Apartments, LLC | $29,784.58 | $0.00 | $15,260.65 |
| 3 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $2,525.55 | $0.00 | $1,294.01 |

|  | Total to be paid to timely general unsecured claims: | $17,169.84 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                      Case No. 12-33917-JPC
Jorge I Pareja                                              Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: wepps              Page 1 of 2          Date Rcvd: Apr 15, 2014
                              Form ID: pdf006          Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2014.
db         +Jorge I Pareja,    6207 South Knox, Unit B,    Chicago, IL 60629-5450
19365170   +Arnoldharris,    600 West Jackson,    Chicago, IL 60661-5636
19365173   +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
19365174   +Burbank Apartments, LLC,    c/o David Bohrer, Esq.,    450 Skokie Blvd., Suite 502,
             Northbrook, IL 60062-7913
19365175   +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
19365176   +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
19365179   +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr., Mail Code Oh4-7302,
             Columbus, OH 43219-6009
19781353   +City of Chicago, Dept. of Revenue,    P.O.Box 88292,    Chicago, IL 60680-1292
19365180   +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
19365181   +Eos Cca,   700 Longwater Dr,    Norwell, MA 02061-1624
19365183   +Harris N.a.,    3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4037
19365185   +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
19365186   +Hsbc/carsn,    Pob 978,   Wood Dale, IL 60191-0978
19365187   +Hsbc/harlm,    Po Box 5253,    Carol Stream, IL 60197-5253
19365188   +Jeffery M. Leving, Ltd.,    19 South LaSalle Street,    Suite 450,    Chicago, IL 60603-1490
19365189   +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
19365190   +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
19365191   +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
19365192  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
           (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
19365193   +Wfnnb/value City Furn,    Attn: Bankruptcy,    Po Box 182685,    Columbus, OH 43218-2685
20095611    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19365169   +E-mail/Text: RBALTAZAR@ARMORSYS.COM Apr 16 2014 00:59:03      Armor Systems Co,    1700 Kiefer Dr,
             Zion, IL 60099-5105
19365182   +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2014 01:06:22      Gemb/JC Penny,
             Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
19365184   +E-mail/Text: pgray@hinsdalebank.com Apr 16 2014 00:59:01      Hinsdale B&t,    25 E First St,
             Hinsdale, IL 60521-4119
19815225    E-mail/Text: bnc-quantum@quantum3group.com Apr 16 2014 00:57:21
             Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19365171*  +Arnoldharris,    600 West Jackson,    Chicago, IL 60661-5636
19365172*  +Arnoldharris,    600 West Jackson,    Chicago, IL 60661-5636
19365178*  +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
19365177*  +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
                                                                                        TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2014 at the address(es) listed below:
              David P Leibowitz, ESQ    on behalf of Accountant    Popowcer Katten, Ltd dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
```

```
District/off: 0752-1          User: wepps              Page 2 of 2            Date Rcvd: Apr 15, 2014
                              Form ID: pdf006          Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      David P Leibowitz, ESQ   on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
      Efrain  Vega   on behalf of Debtor Jorge I Pareja vega.law.office@gmail.com
      Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
      Ronald J. Kapustka   on behalf of Creditor   Midway Manor Townhouse Association ndaily@ksnlaw.com, bankruptcy@ksnlaw.com

                                                                                                                    TOTAL: 6