## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-33917-JPC |
| | § | |
| JORGE I PAREJA | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $92,000.00 | Assets Exempt: | $31,249.45 |
| Total Distributions to Claimants: | $17,169.84 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $7,517.89 | | |

3)    Total gross receipts of $24,687.73 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $24,687.73 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $92,659.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $7,517.89 | $7,517.89 | $7,517.89 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $49,598.68 | $33,510.79 | $33,510.79 | $17,169.84 |
| **Total Disbursements** | $142,257.68 | $41,028.68 | $41,028.68 | $24,687.73 |

4). This case was originally filed under chapter 7 on 08/27/2012. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>06/13/2014</u>          By:  <u>/s/ David P. Leibowitz</u>
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Annuity | 1229-000 | $24,687.73 |
| **TOTAL GROSS RECEIPTS** | | $24,687.73 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag | 4110-000 | $92,659.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $92,659.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $3,218.77 | $3,218.77 | $3,218.77 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.36 | $2.36 | $2.36 |
| Green Bank | 2600-000 | NA | $254.58 | $254.58 | $254.58 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $3,162.50 | $3,162.50 | $3,162.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $15.68 | $15.68 | $15.68 |
| Lois West, Accountant for Trustee | 3410-000 | NA | $864.00 | $864.00 | $864.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,517.89 | $7,517.89 | $7,517.89 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for Comenity Bank Value City Furniture | 7100-000 | $1,227.00 | $1,200.66 | $1,200.66 | $615.18 |
| 2 | Burbank Apartments, LLC | 7100-000 | $26,175.16 | $29,784.58 | $29,784.58 | $15,260.65 |
| 3 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | 7100-900 | $0.00 | $2,525.55 | $2,525.55 | $1,294.01 |
|  | Armor Systems Co | 7100-000 | $45.00 | $0.00 | $0.00 | $0.00 |
|  | Arnoldharris | 7100-000 | $566.00 | $0.00 | $0.00 | $0.00 |
|  | Arnoldharris | 7100-000 | $212.00 | $0.00 | $0.00 | $0.00 |
|  | Arnoldharris | 7100-000 | $63.00 | $0.00 | $0.00 | $0.00 |
|  | Bank Of America, N.a. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Manhattan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Dsnb Macys | 7100-000 | $99.00 | $0.00 | $0.00 | $0.00 |
|  | Eos Cca | 7100-000 | $197.00 | $0.00 | $0.00 | $0.00 |
|  | Gemb/JC Penny | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Harris N.a. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Hinsdale B&t | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Hsbc Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Hsbc/carsn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Hsbc/harlm | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Jeffery M. Leving, Ltd. | 7100-000 | $19,490.52 | $0.00 | $0.00 | $0.00 |
|  | Nissan Motor Acceptanc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Sears/cbna | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Toyota Motor Credit | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $48,074.68 | $33,510.79 | $33,510.79 | $17,169.84 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1  Exhibit 8

| Case No.: | 12-33917-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PAREJA, JORGE I | Date Filed (f) or Converted (c): | 08/27/2012 (f) |
| For the Period Ending: | 6/13/2014 | §341(a) Meeting Date: | 10/02/2012 |
| | | Claims Bar Date: | 02/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  6207 South Knox Unit B Chicago, Illinois 60629 | $105,000.00 | $0.00 | | $0.00 | FA |
| 2  Nominal Cash on Hand` | $100.00 | $0.00 | | $0.00 | FA |
| 3  Checking Account -Nomial Rolling Balance Used to Pay Household Bills and Utilities | $500.00 | $0.00 | | $0.00 | FA |
| 4  Household furniture inclusive of tables, lamps, chairs, beds, sofas, TV, and sterio | $500.00 | $0.00 | | $0.00 | FA |
| 5  Used Personal Clothing and Shoes | $100.00 | $0.00 | | $0.00 | FA |
| 6  Traditional IRA (3008900650) | $8,149.45 | $0.00 | | $0.00 | FA |
| 7  1996 Ford Explorer Miles: 200,000 (Paid in Full) | $2,400.00 | $0.00 | | $0.00 | FA |
| 8  Annuity  (u) | $28,000.00 | $28,000.00 | | $24,687.73 | FA |
| 9  Roth IRA (#3014449036)  (u) | $6,000.00 | $2,000.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                  **Gross Value of Remaining Assets**

$150,749.45    $30,000.00              $24,687.73    $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 04/14/2014 | TFR hearing set for 5/8/2014 |
| 02/26/2014 | TFR Submitted to the UST office for review and approval. |
| 10/31/2013 | Prepared motion to employ |
| 07/24/2013 | Emailed to Lois West docs. to prepare tax return. |
| 06/25/2013 | Lois West preparing Tax return. |
| 05/15/2013 | Employ Lois West |
| 03/29/2013 | Per Efrain Vega - Debtor has submitted form to withdraw funds - Funds should be here within two weeks. |
| 02/28/2013 | Objection to Exemptions granted |
| | Debtor to turnover Annuity in the amount of $20,000.00 |
| | Awaiting Funds |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/20/2014 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2013 | DAVID LEIBOWITZ | |

| Case No. | 12-33917-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PAREJA, JORGE I | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2101 | | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/27/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/15/2013 | (8) | Security Benefit Life Ins. Co. | Proceeds from Life Insurance Policy | 1229-000 | $24,687.73 | | $24,687.73 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $21.84 | $24,665.89 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $35.95 | $24,629.94 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $39.74 | $24,590.20 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $42.24 | $24,547.96 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $35.77 | $24,512.19 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $39.55 | $24,472.64 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $39.49 | $24,433.15 |
| 05/09/2014 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $3,218.77 | $21,214.38 |
| 05/09/2014 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.36 | $21,212.02 |
| 05/09/2014 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 3,162.50; Amount Allowed: 3,162.50; Distribution Dividend: 100.00; | 3110-000 | | $3,162.50 | $18,049.52 |
| 05/09/2014 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 15.68; Amount Allowed: 15.68; Distribution Dividend: 100.00; | 3120-000 | | $15.68 | $18,033.84 |
| 05/09/2014 | 3005 | Lois West | Claim #: ; Amount Claimed: 864.00; Amount Allowed: 864.00; Distribution Dividend: 100.00; | 3410-000 | | $864.00 | $17,169.84 |
| 05/09/2014 | 3006 | Quantum3 Group LLC as agent for Comenity Bank | Claim #: 1; Amount Claimed: 1,200.66; Amount Allowed: 1,200.66; Distribution Dividend: 51.24; | 7100-000 | | $615.18 | $16,554.66 |
| 05/09/2014 | 3007 | Burbank Apartments, LLC | Claim #: 2; Amount Claimed: 29,784.58; Amount Allowed: 29,784.58; Distribution Dividend: 51.24; | 7100-000 | | $15,260.65 | $1,294.01 |
| 05/09/2014 | 3008 | eCAST Settlement Corporation, assignee of | Claim #: 3; Amount Claimed: 2,525.55; Amount Allowed: 2,525.55; Distribution Dividend: 51.24; | 7100-900 | | $1,294.01 | $0.00 |

**SUBTOTALS** $24,687.73 $24,687.73

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-33917-JPC | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | PAREJA, JORGE I | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2101 | | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/27/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $24,687.73 | $24,687.73 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $24,687.73 | $24,687.73 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $24,687.73 | $24,687.73 | |

| For the period of 8/27/2012 to 6/13/2014 | | For the entire history of the account between 05/15/2013 to 6/13/2014 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $24,687.73 | Total Compensable Receipts: | $24,687.73 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,687.73 | Total Comp/Non Comp Receipts: | $24,687.73 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $24,687.73 | Total Compensable Disbursements: | $24,687.73 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,687.73 | Total Comp/Non Comp Disbursements: | $24,687.73 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 12-33917-JPC | |
| **Case Name:** | PAREJA, JORGE I | |
| **Primary Taxpayer ID #:** | **-***2101 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/27/2012 | |
| **For Period Ending:** | 6/13/2014 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******1701 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $24,687.73 | $24,687.73 | $0.00 |

**For the period of 8/27/2012 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $24,687.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,687.73 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24,687.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,687.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/27/2012 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $24,687.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,687.73 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24,687.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,687.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ